IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:23-CR-03052 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | MOTION TO FILE |
| | ) | UNDER SEAL |
| VINCENT J PALERMO, | ) | |
| | ) | |
| DEFENDANT. | ) | |

COMES NOW W. Randall Paragas, Attorney for the Defendant and hereby requests permission of the Court to file his Closing Argument As To Defendant Vincent Palermo under seal.  In support of said Motion the Defendant shows the Court that he was instructed, by the Court,  to file said document under seal.

VINCENT J PALERMO, Defendant,

By:   /s/ W. Randall Paragas
       W. Randall Paragas, #18382
       Paragas Law Offices
       9202 W. Dodge Rd., Ste. 307
       Omaha, NE 68114
       402-926-2300

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on the 27st day of April, 2023, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following:

Lesley A Woods
Assistant US Attorney
1620 Dodge St Ste. 1400
Omaha, NE 68102-1506

/s/ W. Randall Paragas