IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br><br>        Defendant. | 4:23CR3052<br>8:19CR108<br><br>MOTION TO RESTRICT |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting access to the Government's Response to Defendant's Objection to Detention Order as this document contains information protected from public viewing in accordance with the law.

Dated this 5th day of June, 2023.

                                        UNITED STATES OF AMERICA

                                        STEVEN A. RUSSELL
                                        United States Attorney
                                        District of Nebraska

                    By:    s/ Lesley Woods
                            LESLEY WOODS, TX #24092092
                            Assistant U.S. Attorney
                            1620 Dodge Street, Suite 1400
                            Omaha, NE  68102-1506
                            Tel:  (402) 661-3700
                            Fax:  (402) 661-3084
                            E-mail: lesley.woods@usdoj.gov

2

CERTIFICATE OF SERVICE

      I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                s/ Lesley Woods
                                                Assistant U.S. Attorney